HERNÁNDEZ MENA, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida un mandamiento de *certiorari* al Juez de la Corte de Distrito de Mayagüez en una causa sobre indemnización.

No. 152.—Resuelto en julio 10, 1915.

INTERESES—SENTENCIAS—INTERESES DESDE LA FECHA DE LA SENTENCIA—DEBER DEL SECRETARIO.—El artículo 341 del Código de Enjuiciamiento Civil impone al secretario del tribunal sentenciador el deber de incluir en el registro de la sentencia, y por tanto en el mandamiento para la ejecución de ésta, los intereses correspondientes a la misma desde la fecha en que se dictó, aun cuando en la decisión rendida por el juez no se hubieran incluído.

Los hechos están expresados en la opinión.

El peticionario compareció en nombre propio.

El demandado no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Agustín Hernández Mena fué condenado por la Corte de Distrito de Mayagüez en 31 de octubre de 1913 a pagar a José Benet Colón como indemnización de daños y perjuicios la suma de $2,000 sin especial condenación de costas, sentencia que fué confirmada por este Tribunal Supremo.

Para su cumplimiento el secretario de dicha corte de distrito expidió mandamiento al márshal para hacer efectiva la cantidad de $2,000 con intereses a razón del 6 por ciento desde octubre 31 de 1913.

En 1º. de julio de este año dicho sentenciado Hernández Mena pidió a la corte de distrito dictase una orden declarando nulo el mandamiento de ejecución a que se hace referencia y el embargo de bienes que se había trabado porque sin causa lícita se ordenaba el cobro de intereses no debidos, ya que la sentencia condenatoria es solamente por $2,000; petición que después de oídas las partes resolvió la corte desestimándola por el fundamento de que de acuerdo con el artículo 341 del Código de Enjuiciamiento Civil había derecho a los intereses correspondientes a la cantidad adeudada desde la fecha en que se dictó la sentencia, siendo correcto que el secretario lo hiciera en el mandamiento de ejecución.

Contra esta resolución ha interpuesto Agustín Hernández Mena recurso de *certiorari* contra el Juez de la Corte de Distrito de Mayagüez a fin de que revisemos y anulemos la expresada orden.

El artículo 341 citado por el juez inferior impone al secretario del tribunal el deber de incluir en el registro de la sentencia los intereses correspondientes a la misma desde la fecha en que se dictó: el derecho a esos intereses ha sido creado por el artículo 341 citado y es un deber ministerial del secretario, por lo que aunque la sentencia no condenó expresamente al pago de esos intereses, tenía el secretario el deber de que se hicieran efectivos aun cuando en la decisión rendida por el juez no se hubieran incluído. *Golden Gate Có.* v. *Joshua Hendy Machine Work*, 82 Cal., 184; *San Joaquín Land,*

*etc., Co.* v. *West,* 99 Cal., 345, y *Barnhart* v. *Edwards,* 128 Cal., 572.

El auto de *certiorari* que se solicita debe ser negado.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.